# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|       Plaintiff, | 2:13-mj-00776-VCF |
| vs. | **ORDER** |
| MATTHEW MESSIHA, | |
|       Defendant. | |

Before the court is Defendant Matthew Messiha's counsel's Verified Petition for Permission to Practice in this Case only by Attorney not Admitted to the Bar of this Court and Designation of Local Counsel (#165).

IT IS HEREBY ORDERED that a telephonic hearing on the Verified Petition for Permission to Practice in this Case only by Attorney not Admitted to the Bar of this Court and Designation of Local Counsel (#165) is scheduled for 3:00 p.m., April 2, 2015.

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 24th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE